
IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DARYL M. JOHNSON                                                        PLAINTIFF

v.                                          No. 4:18-cv-824-DPM

JOHNNY GILBERT, JR., Lieutenant;
KENDALL HARPER, Detective; KENNETH
THOMPSON, Officer; DENNIS SWINFORD,
Officer; BRITTANY JACKSON, Officer;
RODNEY DAVIS, Sergeant; KENTON
BUCKNER, Chief, all Individually and
in their Official Capacities with the City
of Little Rock, and THE CITY OF LITTLE
ROCK, ARKANSAS                                                         DEFENDANTS

## JUDGMENT

Johnson's official capacity Forth Amendment claims against the officers are dismissed without prejudice. All of Johnson's other federal claims are dismissed with prejudice. All of his other claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

5 June 2020